**Fill in this information to identify the case:**

Debtor 1 : Quincy Howell, Jr

Debtor 2 : (Spouse, if filing)

United States Bankruptcy Court for the: Central District of: California(Riverside)

Case number: 6:26-bk-14857-SY

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** U.S. Bank Trust National Association, as Trustee for Tiki Series VI Trust **Court Claim No. (if known):** 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 8419

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice: ____

**Part 1: Itemize Postpetition Fees, Expense, and Charges**

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| | Description | | Dates Incurred | | Amount |
|---|---|---|---|---|---|
| 1. | Late Charges | | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | | (2) | $ |
| 3. | Attorney fees | | | (3) | $ |
| 4. | Filing fees and court costs | | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | | 7/6/2026($725.00), 7/6/2026($325.00) | (5) | $ 1050.00 |
| 6. | Appraisal/Broker's price opinion fees | | | (6) | $ |
| 7. | Property inspection fees | | | (7) | $ |
| 8. | Tax advances (non-escrow) | | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | | (9) | $ |
| 10. | Property preservation expenses. Specify: | | | (10) | $ |
| 11. | Other. Specify. | Plan Review | 7/20/2026 | (11) | $ 500.00 |
| 12. | Other. Specify. | | | (12) | $ |
| 13. | Other. Specify. | | | (13) | $ |
| 14. | Other. Specify. | | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 Quincy Howell, Jr Case Number (if known) 6:26-bk-14857-SY

**Part 2:** **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*x* /s/ Shannon Doyle
Signature

Date: 08/06/2026
MM/ DD / YYYY

Print: Shannon Doyle
First Name Middle Name Last Name

Title: Authorized Agent

Company: Ghidotti Berger

Address: 1920 Old Tustin Ave
Number Street

Santa Ana CA 92705
City State ZIP Code

Contact Phone: 949-427-2010

Email: sdoyle@ghidottiberger.com

| Invoice Date |
| --- |
| 07/21/2026 |

# GhidottiBerger

| Invoice Number |
| --- |
| |

**1920 Old Tustin Avenue | Santa Ana, California 92705**
**Tel: 949.427.2010 | Fax: 949.427.2732**
**www.GhidottiBerger.com**

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. QUINCY HOWELL
Case Ref Number: 26-14857
Property Address: 1749 CHAMBERLIN CREEK WAY, PERRIS, CA 92571
OURFILE: 26-006831 CASE: 26-006831-3
�on #
Investor: Bank Owned

Area of Law: Bankruptcy
BK Plan Review

Attorney: Daniel Ross

BILLING SUMMARY:

| FEES | | |
| --- | --- | --- |
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 07/20/2026 | Fannie Mae - Bankruptcy - Plan Review (Recoverable) | $500.00 |

| TOTALS | |
| --- | --- |
| **DESCRIPTION** | **AMOUNT** |
| Total Fees This Invoice | $500.00 |
| Total Costs This Invoice | $0.00 |
| Total Fees and Costs This Invoice | $500.00 |

Thank you for the opportunity to be of service.

| Invoice Date |
|---|
| 07/07/2026 |

GhidottiBerger

| Invoice Number |
|---|
| |

**1920 Old Tustin Avenue | Santa Ana, California 92705**
**Tel: 949.427.2010 | Fax: 949.427.2732**
**www.GhidottiBerger.com**

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. QUINCY HOWELL
Case Ref Number: 26-14857
Property Address: 1749 CHAMBERLIN CREEK WAY, PERRIS, CA 92571
OURFILE: 26-006831 CASE: 26-006831-2
Ion #
Investor: Bank Owned

Area of Law: Bankruptcy
BK POC

Attorney: BK Staff Atty

BILLING SUMMARY:

| COSTS | | |
|---|---|---|
| **DATE** | **COST DESCRIPTION** | **AMOUNT** |
| 07/07/2026 | Postage - Required Bankruptcy Mail (Non-Recoverable) | $9.08 |

| FEES | | |
|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 07/06/2026 | Fannie Mae - Bankruptcy - Chapter 13 - Proof of claim (Recoverable) | $725.00 |
| 07/06/2026 | Fannie Mae - Bankruptcy - Proof of Claim - Form 410/410A Loan Payment History (Recoverable) | $325.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees This Invoice | $1,050.00 |
| Total Costs This Invoice | $9.08 |
| Total Fees and Costs This Invoice | $1,059.08 |

Thank you for the opportunity to be of service.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

***In Re:*** **Case No.** 6:26-bk-14857-SY

Quincy Howell, Jr

**Debtor(s)** **Chapter 13**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 08/06/2026, a true and correct copy of the foregoing was served upon all interested parties to the Court’s CM/ECF system and/or First Class U.S. Mail.

/s/ Amanda Spallone

Amanda Spallone
Ghidotti Berger
1920 Old Tustin Ave
Santa Ana, CA 92705

***Debtor***

Quincy Howell, Jr
1749 Chamberlin Creek Way
Perris, CA 92571-3741

***Debtor's Counsel***

Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626
bhestonecf@gmail.com

***Trustee***

Rod Danielson (TR)
3787 University Avenue
Riverside, CA 92501
notice-efile@rodan13.com

***U.S. Trustee***

United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
ustpregion16.rs.ecf@usdoj.gov