**United States Bankruptcy Court**
**Central District of California**
Riverside
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

---

**Wednesday, July 15, 2026**                                    **Hearing Room**    **302**

---

9:30 AM
**6:26-14857    Quincy Howell, Jr**                                              **Chapter 13**

Telephonic Hearing

**#16.00**   Notice of Motion and Motion in Individual Case for Order
Imposing a Stay or Continuing the Automatic Stay as the
Court Deems Appropriate

**ST**                                                          *debtor*

**Benjamin Heston to appear by telephone (949)312-1377** / *debtor*

Docket    18

**Matter Notes:**

   **GRANTED:** ✓_____    **DENIED:** _____

   **APO:**        _____

   **CONT'D. TO:**    _____

   **WITHDRAWN:**    _____

   **ORDER LODGED BY:** _*debtor's counsel*_

**Tentative Ruling:**

   APPEARANCES REQUIRED. Appearances may be in person or by
telephone. See Judge Yun's telephonic procedures on the court website
for detailed information.

| Party Information |
|---|

**Debtor(s):**

   Quincy  Howell Jr              Represented By
                                  Benjamin  Heston

**Movant(s):**

   Quincy  Howell Jr              Represented By