Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address

NEXUS BANKRUPTCY
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

FOR COURT USE ONLY

**FILED & ENTERED**

**JUL 16 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason      DEPUTY CLERK

☐ *Individual appearing without attorney*
☒ *Attorney for Movant*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re: | CASE NUMBER: 6:26-bk-14857-SY |
|---|---|
| | CHAPTER: 13 |
| QUINCY HOWELL, JR, | **ORDER ☒ GRANTING   ☐ DENYING**<br>**MOTION FOR ORDER IMPOSING A STAY OR**<br>**CONTINUING THE AUTOMATIC STAY** |
| | ☐  No hearing held<br>☒  Hearing held<br><br>DATE: July 15, 2026<br>TIME: 9:30 AM<br>COURTROOM: 302<br>ADDRESS: 3420 Twelfth Street<br>            Riverside, CA 92501 |
| Debtor(s). | |

**Movant** *(name)*:  QUINCY HOWELL, JR

1.  The Motion was:        ☐ Opposed        ☒ Unopposed        ☐ Settled by stipulation

2.  The Motion affects the following property (Property):

    ☐  Vehicle *(describe year, manufacturer, type and model)*:

        Vehicle identification number:
        Location of vehicle (if known):

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Equipment *(describe manufacturer, type, and characteristics)*:

   *Serial numbers(s):*
   *Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☒ Real property:

   *Street Address:*        1749 Chamberlin Creek Way
   *Unit Number:*
   *City, State, Zip Code:* Perris, CA 92571

   Legal description or document recording number *(including county of recording)*:

   ☐ See attached page.

3.  The Motion is granted on the grounds that:

    a.  ☒ This case was filed in good faith.

    b.  ☒ The Property is of consequential value or benefit to the estate.

    c.  ☒ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.

    d.  ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4.  The stay of 11 U.S.C. § 362(a) is

    a.  ☐ Imposed *as to all creditors* until further order of the court.

    b.  ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

    c.  ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

    d.  ☐ Continued *as to all creditors* until further order of the court.

    e.  ☒ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

    f.  ☒ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5.  ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6.  ☐ See attached continuation page for additional provisions.

///

///

///

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                                        Page 2                                        **F 4001-1.IMPOSE.STAY.ORDER**

7.  ☐  The Motion is denied:   ☐  without prejudice   ☐  with prejudice   ☐  on the following grounds:

a.  ☐  Based upon the findings of fact and conclusions of law made on the record at the hearing

b.  ☐  Unexcused non-appearance by Movant

c.  ☐  Lack of proper service

d.  ☐  Lack of good cause shown

e.  ☐  Other (*specify*):

###

Date: July 16, 2026

Scott H. Yun
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.