United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 26-14857-SY |
| Quincy Howell, Jr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 16, 2026 | Form ID: pdf042 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

**Recip ID**       **Recipient Name and Address**
db             Quincy Howell, Jr, 1749 Chamberlin Creek Way, Perris, CA 92571-3741

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Quincy Howell  Jr bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Shannon A Doyle | on behalf of Interested Party Courtesy NEF sdoyle@ghidottiberger.com  bknotifications@ghidottiberger.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address

NEXUS BANKRUPTCY
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

FOR COURT USE ONLY

**FILED & ENTERED**

**JUL 16 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason     DEPUTY CLERK**

☐ *Individual appearing without attorney*
☒ *Attorney for Movant*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

In re:

QUINCY HOWELL, JR,

Debtor(s).

CASE NUMBER: 6:26-bk-14857-SY

CHAPTER: 13

**ORDER ☒ GRANTING  ☐ DENYING**
**MOTION FOR ORDER IMPOSING A STAY OR**
**CONTINUING THE AUTOMATIC STAY**

☐ No hearing held
☒ Hearing held

DATE: July 15, 2026
TIME: 9:30 AM
COURTROOM: 302
ADDRESS: 3420 Twelfth Street
              Riverside, CA 92501

**Movant** *(name)*:  QUINCY HOWELL, JR

1.  The Motion was:  ☐ Opposed  ☒ Unopposed  ☐ Settled by stipulation

2.  The Motion affects the following property (Property):

☐ Vehicle *(describe year, manufacturer, type and model)*:

   *Vehicle identification number:*
   *Location of vehicle (if known):*

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Equipment *(describe manufacturer, type, and characteristics)*:

    *Serial numbers(s):*

    *Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☒ Real property:

    *Street Address:*      1749 Chamberlin Creek Way
    *Unit Number:*
    *City, State, Zip Code:* Perris, CA 92571

    Legal description or document recording number (*including county of recording*):

    ☐ See attached page.

3. The Motion is granted on the grounds that:

    a. ☒ This case was filed in good faith.

    b. ☒ The Property is of consequential value or benefit to the estate.

    c. ☒ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.

    d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is

    a. ☐ Imposed *as to all creditors* until further order of the court.

    b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

    c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

    d. ☐ Continued *as to all creditors* until further order of the court.

    e. ☒ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

    f. ☒ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

///

///

///

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*           Page 2           **F 4001-1.IMPOSE.STAY.ORDER**

7. ☐ The Motion is denied: ☐ without prejudice ☐ with prejudice ☐ on the following grounds:

   a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing

   b. ☐ Unexcused non-appearance by Movant

   c. ☐ Lack of proper service

   d. ☐ Lack of good cause shown

   e. ☐ Other (*specify*):

###

Date: July 16, 2026

Scott H. Yun
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*     Page 3     **F 4001-1.IMPOSE.STAY.ORDER**