# United States Bankruptcy Court
# Central District of California
**Riverside**
**Scott Yun, Presiding**
**Courtroom 302 Calendar**

**Tuesday, September 15, 2026** **Hearing Room 302**

1:30 PM
**6:26-14857 Quincy Howell, Jr** **Chapter 13**

Telephonic Hearing

**#9.00** Confirmation of Chapter 13 Plan

**Susan Luong to appear by telephone (626)616-5008**
**Benjamin Heston to appear by telephone (949)312-1377** Deleted

Docket 16

**Matter Notes:**

**Consent Calendar**_______

( ) **Confirmed** per trustee's recommendation - Plan provisions: % to pay ______

Duration ______

Payment $______

( ) **Continued to** ______________________ at 1:30 p.m.

**341(a)** ______________________ at 9:00 a.m.

( ) **Objection** to plan: ( ) Withdrawn ( ) Sustained ( ) Overruled

(✓) **Case Dismissed**

(✓) without prejudice ( ) Under § 109(g)

( ) if conversion to chapter 7 not filed and fee paid within 10 days

**Tentative Ruling:**

- NONE LISTED -

**Party Information**