United States Bankruptcy Court

Central District of California

In re: Case No. 26-14857-SY

Quincy Howell, Jr Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6 User: admin Page 1 of 2

Date Rcvd: Sep 16, 2026 Form ID: van150 Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Quincy Howell, Jr, 1749 Chamberlin Creek Way, Perris, CA 92571-3741 |
| 43161534 | + | Clearpath Federal Cr, 300 E Magnolia Blvd Ste, Burbank, CA 91502-3238 |
| 43180424 | + | Clearpath Federal Credit Union, 300 East Magnolia Blvd Ste 401, Burbank, CA 91502-3238 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: CALTAXFEE | Sep 17 2026 05:26:00 | California Department of Tax and Fee Administratio, Collections Support Bureau, MIC 29, PO Box 942879, Sacramento, CA 94279-0029 |
| smg | | EDI: EDD.COM | Sep 17 2026 05:26:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Sep 17 2026 05:26:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 43161532 | | Email/PDF: bncnotices@becket-lee.com | Sep 17 2026 01:40:08 | American Express, PO Box 650448, Dallas, TX 75265-0448 |
| 43204382 | | Email/PDF: bncnotices@becket-lee.com | Sep 17 2026 01:40:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 43161533 | | EDI: CAPITALONE.COM | Sep 17 2026 05:26:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 43161535 | + | Email/Text: dpr@lfcu.org | Sep 17 2026 01:37:00 | Lafayette Federal Credit Union, 2701 Tower Oaks Blvd, Rockville, MD 20852-4235 |
| 43233568 | + | Email/Text: bankruptcy@silvermanlegal.com | Sep 17 2026 01:37:00 | Lafayette Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 43208457 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 01:39:58 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 43195044 | | Email/Text: bknotices@snsc.com | Sep 17 2026 01:38:00 | SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 43198450 | ^ | MEBN | Sep 17 2026 01:30:13 | U.S. Bank Trust National Association, et al., SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | U.S. Bank Trust National Association, as Trustee f |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Quincy Howell Jr bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Shannon A Doyle | on behalf of Interested Party Courtesy NEF sdoyle@ghidottiberger.com bknotifications@ghidottiberger.com |
| Shannon A Doyle | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Tiki Series VI Trust sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

**United States Bankruptcy Court**
**Central District of California**

**3420 Twelfth Street, Riverside, CA 92501–3819**

# ORDER AND NOTICE OF DISMISSAL ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Quincy Howell Jr

**BANKRUPTCY NO.** 6:26–bk–14857–SY

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–1835
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 9/16/26

**Address:**
1749 Chamberlin Creek Way
Perris, CA 92571–3741

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and

(2) the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

BY THE COURT,

Dated: September 16, 2026

**Kathleen J. Campbell**
Clerk of Court